**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NARRAGANSETT SCHOOL COMMITTEE**
**Plaintiffs**

**V.**

**CA 07 061S**
**Case No.**

**JOHN AND RAE M., INDIVIDUALLY AND ON BEHALF OF DANIEL M.**
**Defendants**

**COMPLAINT**

**JURISDICTION**

1. This is a Complaint seeking a review of a Hearing Officer's decision issued in an impartial due process hearing conducted pursuant to 20 U.S.C.A. § 1415(i)(2)(A), R.I.G.L. § 16-24 *et seq.*, and the implementing state and federal regulations. This Court has subject matter jurisdiction pursuant to 20 U.S.C.A. § 1415 and 28 U.S.C.A. § 1331.

**PARTIES**

2. The Plaintiff, Narragansett School Committee (hereinafter, "Narragansett") is a duly elected body charged with the care, control, and custody of the Narragansett School System, pursuant to R.I.G.L. § 16-2-9. Among the responsibilities of Narragansett is the provision of special education and related services to all children with disabilities residing in Narragansett, Rhode Island, pursuant to 20 U.S.C.A. § 1400 *et seq.*, the Individuals with Disabilities Education Act (hereinafter "IDEA"), R.I.G.L. § 16-24-1 *et seq.*, and the Board of Regents' Regulations for the Education of Disabled Children (hereinafter, "SPED Regs").

3. Defendants, John and Rae M., are the grandparents of Daniel M., a minor, and have acted as Daniel's "parents," as that term is defined in 20 U.S.C.A. § 1401(23), at all times relevant to this matter.

4. Defendants reside in the Town of Narragansett in the State of Rhode Island, and have done so at all times relevant to this matter.

**FACTS**

5. At all times relevant hereto, Daniel was eligible for a special education as that term is defined 20 U.S.C.A. § 1401(29).

6. In or about spring, 2006, Narragansett, developed an Individualized Education Plan ("IEP") for Daniel's 2006-2007 school year.

7. Defendants filed a Request for Impartial Due Process hearing with the Rhode Island Department of Education, requesting that the hearing officer find that Narragansett's proposed IEP for Daniel's 2006-2007 school year had failed to offer a free and appropriate public education in the least restrictive environment.

8. Hearings in this matter commenced before Hearing Officer Arthur Capaldi on or about October 24, 2006, and concluded on or about December 8, 2006.

9. On or about January 16, 2007, the Due Process Hearing issued his decision, a copy of which is attached hereto as Exhibit A.

10. The Hearing Officer's decision determined that the IEP developed by Narragansett failed to offer Daniel a free appropriate public education in the least restrictive environment in accordance with the IDEA and Rhode Island law.

11. Said decision is contrary to the law and in violation of the Individuals with Disabilities Education Act, 20 U.S.C.A. § 1400 *et seq.*, was arrived at in excess of the Hearing Officer's authority, made upon unlawful procedure, was clearly erroneous in view of the reliable, probative, and substantial evidence on the whole record, and was arbitrary, capricious and characterized by an abuse of discretion and clearly unwarranted exercise of discretion.

WHEREFORE, the Plaintiffs request the following:

1. That the Court reverse the Decision of the Hearing Officer insofar as it held that the IEP developed by Narragansett failed to provide Daniel with a free appropriate education.
2. That this Court order that Narragansett be awarded attorney fees;
3. That this Court order any other relief that it finds appropriate.

Narragansett School Committee,
By Its Attorneys,

Mary Ann Carroll #6664
The Law Offices of Stephen M. Robinson
155 South Main Street Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 12, 2007
macarroll@smrobinsonlaw.com

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 12, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on February 13, 2007 I sent a true copy of the within by regular mail to Frederick Tobin, Esq., 300 Centerville Road, Suite 100E, Warwick, RI 02886-0229.