**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NARRAGANSETT SCHOOL COMMITTEE**
**Plaintiffs**

**V.** **Case No. 07-061**

**JOHN AND RAE M., INDIVIDUALLY AND**
**ON BEHALF OF DANIEL M.**
**Defendants**

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, pursuant to Rule 41(a)(1) of the Fed.R.Civ.P., hereby dismisses the above-referenced action.

Narragansett School Committee,
By Its Attorneys,

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
August 6, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on August 6, 2007, a copy was electronically filed and served upon to Frederick Tobin, Esq., 300 Centerville Road, Suite 100E, Warwick, RI 02886-0229.

.

/s/ Vicki J. Bejma